Caridad Q. ALQUISOLA, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 03–7066.

United States Court of Appeals, Federal Circuit.

DECIDED: May 1, 2003.

*ORDER*

Appellant having failed to respond to the show cause order of March 6, 2003, this appeal is hereby dismissed. Each party shall bear its own costs.

Maximina BARRAQUIAS, Claimant, and

Restituto Barraquias Movant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 03–7046.

United States Court of Appeals, Federal Circuit.

DECIDED: May 1, 2003.

*ORDER*

Appellant having failed to respond to the show cause order of February 24, 2003, this appeal is hereby dismissed. Each party shall bear its own costs.